PROB 12A
(10/24)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Kent Encarnacion     Cr.: 23-00632-001
                                                                                               PACTS #: 7827743

Name of Sentencing Judicial Officer:    THE HONORABLE GEORGETTE CASTNER
                                                                UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/18/2024

Original Offense:    Count 1: Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349 a Class C Felony
                           Count Two: Transacting in Criminal Proceeds, 18 U.S.C. §§ 1957 & 18 U.S.C § 2 a
                           Class C Felony

Original Sentence: 3 years probation

Special Conditions: Forfeiture, Special Assessment, Substance Abuse Testing, Drug Treatment, Financial Disclosure, Gambling Restriction, Mental Health Treatment, No New Debt/Credit, Restitution - $156,442

Type of Supervision: Probation                                  Date Supervision Commenced: 01/18/2024

## STATUS UPDATE

On January 19, 2024, Kent Encarnacion appeared before the Honorable Georgette Castner and was sentenced to three years probation. At the time of sentencing, the Court ordered that restitution payments be made at the rate of $500 per month. To date, Mr. Encarnacion has paid $2,000 towards his outstanding court financial obligations and has an outstanding balance of $154,442. Mr. Encarnacion is currently employed as a delivery driver for FedEx and works part-time as a waiter at the Texas Roadhouse. Mr. Encarnacion's expenses were reviewed, and it appears that he nearly breaks even each month. The Probation Office respectfully recommends Mr. Encarnacion's restitution payment schedule be temporarily set at $200.00 per month. Should Mr. Encarnacion's financial circumstances change, the Court will be promptly notified.

                                                                         Respectfully submitted,

                                                                         Joseph DaGrossa, Chief
                                                                         U.S. Probation Officer

                                                                         By:    LUKE N. WALKER
                                                                               U.S. Probation Officer

/ lnw

Prob 12A – page 2
Kent Encarnacion

APPROVED:

_____  2/13/2025
STEVEN ALFREY             Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Monthly restitution payments be set at $200.00 per month (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

2/13/25
Date